FILED

12/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0469

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 24-0469

_____

IN THE MATTER OF THE POTTER
EXEMPTION TRUST:

BETTY N. POTTER,

    Petitioner and Appellant,

v.

CAITLIN WALL, AND JAMES STONE, as Co-Trustees
of the Potter Exemption Trust, E BAR L RANCH, LLP,
MARY POTTER VERO and WILLIAM S. POTTER,

    Appellants and Respondents.

POTTER EXEMPTION TRUST, CAITLIN WALL,
and JAMES STONE,

    Counter-Petitioners,

v.

BETTY N. POTTER, MARY POTTER VERO,
WILLIAM S. POTTER, E BAR L RANCH, LLP,
and John Does 1-10,

    Counter-Respondents.

_____

**ORDER GRANTING APPELLANT'S SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

_____

On Appeal from the Fourth Judicial District Court, Missoula County
Cause No. DG-21-91
The Honorable Shane Vannatta, Presiding

1

Having reviewed Appellant, Betty N. Potter's Second Unopposed Motion for Extension of Time to File Opening Brief and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and her opening brief shall be filed no later than January 20, 2025.

2